**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**LISA ROBBINS o/b/o Johan S. Robbins,**
          **Plaintiff,**

  **- against -**                                        **ORDER
04 CV 2568 (NG) (JMA)**

**COMMISSIONER OF SOCIAL SECURITY,**
          **Defendant.**
-------------------------------------------------------------------x
**GERSHON, United States District Judge:**

      The court corrects a typographical error in the Opinion and Order issued on January 13, 2006. On page 15, line 2 of the decision, the number "78" is replaced with the number "50." A copy of the corrected decision is attached to this order.

                                                             **SO ORDERED.**

                                                  */s/ Nina Gershon*
                                                  **NINA GERSHON
United States District Judge**

**Dated:   Brooklyn, New York
           January 24, 2006**